IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN A. CROSBY,<br><br>    Debtor.<br><br>MASS MUTUAL INSURANCE COMPANY,<br><br>    Garnishee. | Case No. 2:22-MC-00180-JAM-KJN<br><br>**FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No. 2:17-CR-00006-JAM |

On June 3, 2022, the United States filed an Application for Writ of Garnishment against John A. Crosby's ("Debtor") interest in property. ECF 1. The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. ECF 4. The United States served the Writ and related documents on Mass Mutual Insurance Company ("Garnishee") and Debtor. ECF 2 and 5.

On June 6, 2022, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). ECF 10. In its Answer, Garnishee stated that it has possession of qualified tax-sheltered annuity contract with an approximate total value of $5,612.89. Id. Debtor did not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on August 9, 2022, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service. ECF 13. The United States served the findings and recommendations on Debtor on August 9, 2022. ECF 14. Debtor did not object and the time to do so has passed. *See* Docket.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations for Final Order of Garnishment (ECF 13) are ADOPTED IN FULL;

2. Mass Mutual Insurance Company is directed to pay the Clerk of the United States District Court all of the funds held by Garnishee within fifteen (15) days of the filing of this Final Order of Garnishment. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:17-CR-00006-JAM) shall be stated on the payment instrument;

3. The United States is entitled to recover a $351,011.82 litigation surcharge after satisfaction of the judgment amount owed by John A. Crosby;

4. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

5. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

DATED: August 25, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE